UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| WILLIE EDWARD MITCHELL,<br><br>    Petitioner,<br><br>v.<br><br>GREGORY KIZZIAH, Warden,<br><br>    Respondent. | Civil Action No. 7:18-057-KKC<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Willie Edward Mitchell's petition for a writ of habeas corpus [R. 1] is **DENIED**. Judgment is entered in favor of Respondent Gregory Kizziah, Warden, with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated July 23, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY